United States Bankruptcy Court
District of Arizona

In re:  
CHARLES KENNETH NIELSON  
    Debtor(s)

Case No. 19-11414-BKM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: estrellam     Page 1 of 3  
Date Rcvd: Dec 15, 2020     Form ID: nch13pln     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CHARLES KENNETH NIELSON, 4430 EAST BETHENA ST, GILBERT, AZ 85295-0048 |
| 15751922 | + | AD Astra Recovery, 7330 w. 33rd Street, Ste. 118, Wichita KS 67205-9370 |
| 15751924 | + | Ad Astra Recovery Service, C/O Speedy Cash, 7330 W. 33rd St. North, Wichita KS 67205-9369 |
| 15814099 | + | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 15751926 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa FL 33634-2413 |
| 15751933 | + | Citibank/Shell Oil, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis MO 63179-0034 |
| 15751937 | + | Debbie Lawson, 1243 E Libby St, Phoenix AZ 85022-1255 |
| 15809339 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15751940 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 15751941 | + | Golden Valley Lending, 635 E HWY 20, E, Upper Lake CA 95485-8793 |
| 15751942 | + | Green Trust, P.O. Box 340, Hays MT 59527-0340 |
| 15751944 | + | Julie Blumenstein, 3708 W. Mercer Lane, Phoenix AZ 85029-4043 |
| 15751945 | #+ | Lori Smith, POB 6155, Logan UT 84341-6155 |
| 15751946 | + | Mercado Dental, 9787 N. 91st street, ste a-102, Scottsdale AZ 85258-5088 |
| 15751949 | #+ | SW Diagnostic Imaging, 2323 W. Rose Garden Lane, Phoenix AZ 85027-2530 |
| 15751951 | + | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls SD 57118-5710 |
| 15751947 | + | ncbi management, One Allied Drive, Feasterville Trevose PA 19053-6945 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Dec 16 2020 01:49:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 01:51:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15751923 | + | Email/Text: bankruptcy@speedyinc.com | Dec 16 2020 01:51:00 | Ad Astra Recovery, 3607 N. Ridge Road, Wichita KS 67205-1232 |
| 15751925 | + | Email/Text: bankruptcy@arivo.com | Dec 16 2020 01:49:00 | Arivo Acceptance, 102 W Motor Park Ave, Sandy UT 84070-4383 |
| 15751927 | + | Email/Text: customerservice@brightlending.com | Dec 16 2020 01:54:00 | Bright Lending, POB 578, Hays MT 59527-0578 |
| 15751929 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 02:08:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15805417 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 02:03:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15751935 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 16 2020 02:03:25 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 15751936 | + Email/Text: cuwestbk@cuwest.org | Dec 16 2020 01:52:00 | Credit Union West, Attn: Bankruptcy, Po Box 7600, Glendale AZ 85312-7600 |
| 15751938 | + Email/Text: electronicbkydocs@nelnet.net | Dec 16 2020 01:52:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Department, 3015 Parker Blvd., Suite 400, Aurora CO 80014-2904 |
| 15751939 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 16 2020 01:53:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud MN 56395-1250 |
| 15751943 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2020 01:51:00 | IRS, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 15799102 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2020 02:03:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15809004 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2020 01:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15890841 | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 01:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15843539 | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 01:51:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15770379 | + Email/Text: bankruptcy@speedyinc.com | Dec 16 2020 01:51:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 15751948 | Email/Text: bankruptcynotices@azdor.gov | Dec 16 2020 01:49:00 | State of AZ, Dept. Of Revenue, PO Box 52138, Phoenix AZ 85072-2138 |
| 15751932 | Email/Text: support@cash1loans.com | Dec 16 2020 01:49:00 | Cash 1, 1728 W. Bell Road, Phoenix AZ 85023 |
| 15751931 | Email/Text: support@cash1loans.com | Dec 16 2020 01:49:00 | Cash 1, 725 E Covey Ln, Ste 170, Phoenix AZ 85024 |
| 15751930 | Email/Text: support@cash1loans.com | Dec 16 2020 01:49:00 | cash 1, 2415 E Thomas Rd, #2, Phoenix AZ 85016 |
| 15751950 | + Email/Text: bknotices@lac77.com | Dec 16 2020 01:51:00 | Titanium Funds, LLC, Attn: Bankruptcy, 3081 State St 2nd Floor, Aouth Sat Lake UT 84115-3832 |
| 15834905 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 16 2020 02:03:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15751928 | + Email/Text: collections@canyonstatecu.org | Dec 16 2020 01:53:00 | canyon state CU, 3440 W. Deer Valley Road, Phoenix AZ 85027-2258 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | CREDIT UNION WEST |
| 15751934 | ##+ | clarity Financial Services, 1022 W Ina Rd, #7, Tucson AZ 85704-3109 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

**Name**            **Email Address**

BRADLEY JAY STEVENS
on behalf of Creditor CREDIT UNION WEST bstevens@jsslaw.com  lbourland@jsslaw.com

RUSSELL BROWN
on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com

RUSSELL BROWN
ecfmailclient@ch13bk.com

THOMAS ADAMS MCAVITY
on behalf of Debtor CHARLES KENNETH NIELSON documents@phxfreshstart.com  tom@phxfreshstart.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

FORM nch13pln
REVISED 06/04/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:19−bk−11414−BKM

CHARLES KENNETH NIELSON  Chapter: 13
4430 EAST BETHENA ST
GILBERT, AZ 85295
SSAN: xxx−xx−8911
EIN:

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1. Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | CHARLES KENNETH NIELSON<br>4430 EAST BETHENA ST<br>GILBERT, AZ 85295 |
| Address of Debtor(s) Attorney | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076−2780 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2. The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3. If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4. If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5. **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

Date: December 15, 2020

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003−1727  
Telephone number: (602) 682−4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

George Prentice